IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE GOODRITZ, | : | |
| Plaintiff, | : | |
| v. | : | NO. 17-2031 |
| PHEFA PA COLLEGE OF PODIATRIC MEDICINE, et al., | : | |
| | : | |
| Defendants. | | |

O R D E R

**AND NOW, TO WIT:** This **29th** day of **August, 2017**, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

BY THE COURT:

*/s/ Marilyn Heffley*
HONORABLE MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE